UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KEITH HORTON,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

        Defendant.
_____/

Case No. 18-cv-13911

Paul D. Borman
United States District Judge

Anthony P. Patti
United States Magistrate Judge

<u>ORDER: (1) ADOPTING MAGISTRATE JUDGE PATTI'S FEBRUARY 14, 2020 REPORT AND RECOMMENDATION (ECF NO. 18); (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 17); (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 16); and (4) AFFIRMING THE DECISION OF THE COMMISSIONER</u>

On February 14, 2020, Magistrate Judge Anthony P. Patti issued a Report and Recommendation to affirm the decision of the Commissioner of Social Security in this action challenging the Commissioner's final decision to deny Plaintiff's application for supplemental security income benefits. (ECF No. 18, R&R.)

Having reviewed the Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation (ECF No. 18), DENIES Plaintiff's Motion for Summary Judgment (ECF No. 16), GRANTS Defendant's Motion for

1

Summary Judgment (ECF No. 17), and AFFIRMS the findings of the Commissioner.

IT IS SO ORDERED.

Dated: March 9, 2020  s/Paul D. Borman
Paul D. Borman
United States District Judge